IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01446-WYD-MEH

PHILIP R. CONKLIN,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

## ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION FOR CREDITS

THIS MATTER having come before the Court on Defendant's Unopposed Motion for Credits, filed February 1, 2010 [#14], and the Court having reviewed such Motion, and being advised in the premises, it is hereby

ORDERED that Defendant's Unopposed Motion for Credits, filed February 1, 2010 [#14], is **GRANTED.**

The Court further orders that the total sum of nineteen thousand eight hundred eighty four dollars and twenty five cents ($19,884.25) will be allowed as credits against the amount of any judgment which may be entered against Defendant, BNSF Railway Company, and in favor of Plaintiff in this matter.

Dated:  February 11, 2010

                                        BY THE COURT:

                                        <u>s/ Wiley Y. Daniel</u>
                                        Wiley Y. Daniel
                                        Chief United States District Judge