IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-01446-WYD-MEH | Date: July 1, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| PHILIP R. CONKLIN, | John Joseph Rossi |
| Plaintiff, | |
| vs. | |
| BNSF RAILWAY COMPANY, | Katelyn Shea Werner |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 11:38 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) [Doc. #28, filed 6/22/10].

**ORDERED:** 1. For reasons stated on the record, Defendant's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) [Doc. #28, filed 6/22/10] is DENIED.

2. The discovery deadline is extended to **July 31, 2010.**

**Court in recess:** 11:52 a.m. (Hearing concluded)
**Total time in court:** 0:14