IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01446-WYD-MEH

PHILIP R. CONKLIN,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2010.**

    Before the Court is Plaintiff's Motion to Amend Complaint and Request for Jury Trial [filed August 11, 2010; docket #33]. Defendant opposes the motion arguing only that the amendment is late and will cause undue delay in the case. The Court disagrees[1] and finds that Plaintiff sought the amendment in a timely fashion soon after learning the information giving rise to the proposed addition to the negligence claim.[2] *See Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668-69 (D. Colo. 2001) ("[t]he fact that a party first learns, through discovery or disclosures, information necessary for the assertion of a claim after the deadline to amend established in the scheduling order has expired constitutes good cause to extend that deadline.").

    Therefore, in the interests of justice, the motion is **granted**. The Plaintiff shall file with the Court an Amended Complaint containing the amended language reflected in his motion **on or before September 13, 2010**. Defendant shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

---

[1] The Court does not equate Plaintiff's earlier knowledge that high winds caused the derailment with later learned information supporting a claim that the dispatcher was allegedly negligent in failing to warn of high winds.

[2] This Court granted the Plaintiff leave to proceed with the Rule 30(b)(6) deposition (at which the Plaintiff learned this information) and extended the discovery deadline to allow time for the deposition. *See* docket #32.