IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01446-WYD-MEH

PHILIP R. CONKLIN,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

## ORDER SETTING TRIAL

    A five-day jury trial has been set in the above matter for **Monday, May 16, 2011 at 9:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.  A final trial preparation conference is set for **Monday, April 25, 2011, at 10:00 a.m**.

    Dated:  January 3, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge