IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01446-WYD-MEH

PHILIP R. CONKLIN,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

    Defendant.

---

**ORDER RE: DEFENDANT'S UNOPPOSED AMENDED MOTION FOR CREDITS**

---

THIS MATTER having come before the Court on Defendant's Unopposed Amended Motion for Credits, filed June 29, 2011 [#88], and the Court having reviewed such Motion, and being advised in the premises, it is hereby

ORDERED that Defendant's Unopposed Amended Motion for Credits, filed June 29, 2011 [#88], is **GRANTED.**

The Court further orders that the total sum of eleven thousand seven hundred nineteen dollars and ninety-eight cents ($11,719.98) will be allowed as credits against the amount of any judgment which may be entered against Defendant, BNSF Railway Company, and in favor of Plaintiff in this matter.

Dated:  June 30, 2011

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Chief United States District Judge